IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01616-RM-MJW

RICHARD JOHN SPONSEL,

Plaintiff,

v.

CITY OF THORNTON, COLORADO,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the pro se plaintiff's Motion (Docket No. 32) is denied because the court cannot discern what relief the plaintiff is seeking from this court in this motion. To the extent plaintiff seeks to make a record of his position, that end has been accomplished by the filing of this document; no other request for relief being apparent, the motion is denied as not a proper motion.

Date: November 20, 2015