IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01616-RM-MJW

RICHARD JOHN SPONSEL,

Plaintiff,

v.

CITY OF THORNTON, COLORADO,

Defendant.

**MINUTE ORDER**

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the pro se plaintiff's Motion (Docket No. 37) is denied because the court cannot discern what relief the plaintiff is seeking from this court in this motion. Plaintiff shall stop filing motions in which no relief is sought from the court.

Date: December 11, 2015