IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01616-RM-MJW

RICHARD JOHN SPONSEL,

Plaintiff,

v.

CITY OF THORNTON, COLORADO,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant's Motion to Vacate Pre-Trial Conference (Docket No. 51) is GRANTED.  The Final Pretrial Conference set on April 7, 2016 at 9:30 a.m. is VACATED.  The Final Pretrial Conference will be reset, if necessary, after District Judge Moore enters an order regarding the pending Report and Recommendation (Docket No. 47).

Date: March 18, 2016