IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01616-RM-MJW

RICHARD JOHN SPONSEL,

Plaintiff,

v.

CITY OF THORNTON, COLORADO,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      This matter is before the Court on Plaintiff's Motion (Docket No. 55), which requests no relief from the Court.  Because the document is titled "Motion" and was docketed as a motion, it requires a ruling.  Accordingly, Plaintiff's Motion (Docket No. 55) is DENIED.

Date: April 8, 2016